UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANN LOCKLEAR )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security* )<br>)<br>        Defendant. ) | **JUDGMENT**<br><br>No. 7:21-CV-60-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 12, 2022, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on January 12, 2022, and Copies To:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


January 12, 2022                      PETER A. MOORE, JR., CLERK

                                               /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk