IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-00060-FL

ANN LOCKLEAR,                          )
                                       )
             Plaintiff,                )
                                       )
        v.                             )        ORDER FOR PAYMENT OF
                                       )        ATTORNEY FEES UNDER THE
KILOLO KIJAKAZI,                       )        EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security,)
                                       )
             Defendant.                )
_____   )

     Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $6,660.00 in attorney's fees, in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the

Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles

F. Hall, IV and mailed to his office at 2200 Silas Creek Parkway, Suite 5A, Winston-Salem, NC

27103, in accordance with Plaintiff's assignment to his attorney of his right to payment of

attorney's fees under the Equal Access to Justice Act.

     SO ORDERED this 25th day of April, 2022

_____
LOUISE W. FLANAGAN
United States District Judge