UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANN LOCKLEAR )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>      Defendant. )<br>) | **JUDGMENT**<br><br>No. 7:21-CV-60-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation regarding plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 25, 2022, it is ordered that defendant pay to plaintiff $6,600.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on April 25, 2022, and Copies To:**
Charles F. Hall, IV  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)

April 25, 2022                    PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk